# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**CALVIN GRIFFIN,**

   **Petitioner,**

-vs-

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

   **Respondent.**

**Case No. 2:14-CV-00857**
**JUDGE ALGENON L. MARBLEY**
**Magistrate Judge Elizabeth P. Deavers**

## RECOMMITTAL ORDER

This case is before the Court on Respondent's Objections (ECF No. 9) to the Magistrate Judge's Report and Recommendation. (ECF No. 9.)

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Federal Rule of Civil Procedure 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

**DATED:  April 5, 2016.**

              s/Algenon L Marbley
              **ALGENON L. MARBLEY**
              **UNITED STATES DISTRICT JUDGE**